November 5, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

ALEX HITZ AND THE BEVERLY HILLS KITCHEN, Appellants

NO. 14-15-00153-CV                                    V.

SCOTT HOLSTEAD, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 19, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Alex Hitz and The Beverly Hills Kitchen.

We further order this decision certified below for observance.